**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-22-00043-CV
_____

### IN RE FAST TRAC TRANSPORTATION, L.L.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-44126**

---

## MEMORANDUM OPINION

On January 25, 2022, relator Fast Trac Transportation, L.L.C. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Christine Weems, presiding judge of the 281st District Court of Harris County, to vacate the trial court's October 25, 2021 order granting Defendant Tri Element's,

Inc.'s motion for leave to file letter of credit in lieu of surety bond and January 2, 2022 order denying Plaintiff's motion to reconsider.

On June 29, 2022, relator filed an unopposed voluntary withdrawal of its petition for writ of mandamus. Accordingly, we grant relator's motion and dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.